**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| VICTORIO EL-GENO HINTON, | : | No. 9 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KEVIN KAUFFMAN, SUPERINTENDENT, | : | |
| ANDREA WAKEFIELD, RECORD | : | |
| OFFICER, ELIZABETH LINN, RECORD | : | |
| OFFICER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2019, the Application for Leave to File Original Process is GRANTED. The Application for an Immediate Hearing, the Application for Summary Disposition, and the Petition for Writ of Mandamus and/or Extraordinary Relief are DENIED.